UNITED STATES of America,
Plaintiff–Appellee,

v.

Carvel E. BENSON, a/k/a Sam, a/k/a
Gene, Defendant–Appellant.

No. 02–6826.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Carvel E. Benson, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Carvel E. Benson appeals the district court's order denying his motion filed pursuant to 18 U.S.C.A. § 3582(c)(2) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Benson,* No. CA–89–136–2

(E.D.Va. Apr. 24, 2002). Benson's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*